Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-453-996**

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

**Title of Work:** Hem of His Garment

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 06, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Wayne Pascall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Wayne Pascall
2630 W Edgemont Ave, Montgomery, AL, 36108, United States

## Rights and Permissions

**Name:** Wayne Pascall
**Email:** pascallw@gmail.com
**Address:** 2630 W Edgemont Ave
Montgomery, AL 36108 United States

## Certification

**Name:** David Denholm
**Date:** May 07, 2025
**Applicant's Tracking Number:** WP2025041602

Page 1 of 2

