**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 9/28/2026

Case Number:1:26-cv-00489

Case Title: Wayne Pascall v. The Partners

Judge: Blakey

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [ 22 ].

- ■ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)
- ☐ The document is on the correct case but the case number and title do not match.
- ☐ The incorrect document [pdf] was linked to the entry.
- ☐ The incorrect file date was entered.
- ☐ The incorrect event was used. The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry [ ].
- ☐ Other:

**Corrective action taken by the Clerk:**

- ■ The text of the entry has been replaced with *Entered in Error*.
- ☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title*, or, *Linked document has the incorrect case number*.
- ☐ The correct document [pdf] has been re-filed.
- ☐ The file date has been corrected.
- ☐ The text of the entry has been edited to reflect
- ☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]* .
- ☐ Other:

**Corrective action required by the filer:**

- ☐ Counsel must re-file the document
- ☐ Other:

Thomas G. Bruton, Clerk
By: /s/ Bl
Deputy Clerk

Rev. 8/13/18